UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JAMES STUDENSKY, CHAPTER 7 TRUSTEE, §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>PEGGY S. BORGFELD, et al., §<br>    Defendants. § | 6:21-CV-00028-DTG |

## NOTICE OF APPEAL

Plaintiff James Studensky, Trustee ("Trustee"), the duly appointed and acting Chapter 7 trustee in the above-captioned case, appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment, Dkt. 174, and the orders denying Plaintiff's motions for new trial, Dkt. 191 (Order Denying Plaintiff's Motion for New Trial under Rules 59(a) and 60(b)); Dkt. 192 (Order Denying Plaintiff's Supplemental Motion for New Trial). This notice of appeal is filed within 30 days of Defendants' withdrawal of their Rule 59(e) motion, Dkt. 177. *See* Dkt. 193 (Defendant's withdrawal of Rule 59(e) Motion).

Dated:  December 3, 2024

| | |
|---|---|
| */s/ Jennifer F. Wertz* | */s/ Matthew Powers* |
| **JACKSON WALKER LLP** | **GRAVES, DOUGHERTY, HEARON & MOODY, P.C.** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Matthew C. Powers (TX Bar No. 24046650) |
| Joshua A. Romero (TX Bar No. 24046754) | Marianne W. Nitsch (TX Bar No. 24098182) |
| Michael C. Roberts (TX Bar No. 24082153) | Brian T. Cumings (TX Bar No. 24082882) |
| 100 Congress Avenue, Suite 1100 | 401 Congress Avenue, Suite 2700 |
| Austin, TX  78701 | Austin, TX  78701 |
| Telephone: (512) 236-2000 | Telephone: (512) 480-5626 |
| Facsimile: (512) 236-2002 | Facsimile: (512) 536-9926 |
| Email: jwertz@jw.com | Email:  bcumings@gdhm.com |
| Email: jromero@jw.com | Email: mpowers@gdhm.com |
| Email: mroberts@jw.com | Email: mnitsch@gdhm.com |
| *Attorneys for James Studensky, Chapter 7 Trustee* | *Attorneys for James Studensky, Chapter 7 Trustee* |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2024, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users as authorized by Fed. R. Civ. P. 5(b)(2).

                                      */s/ Jennifer F. Wertz*
                                      Jennifer F. Wertz